UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AMANDA E. HARCROW                               CIVIL ACTION

VERSUS                                          NO. 08-5186

MICHAEL J. ASTRUE,                              SECTION "I" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION


**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and that the plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this ____29th____ day March, 2010.

                                              _____
                                                    LANCE M. AFRICK
                                              UNITED STATES DISTRICT JUDGE